# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D24-0061
LT Case No. 2022-CA-559

———————————————

TAUREAN ROBERTO GRAHAM,

    Petitioner,

    v.

STATE OF FLORIDA,

    Respondent.

———————————————

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Taurean Roberto Graham, Perry, pro se.

Ashley Moody, Attorney General, Tallahassee, and Rebecca Rock McGuigan, Assistant Attorney General, Daytona Beach, for Respondent.

March 22, 2024

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the July 27, 2023 order denying petitioner's petition for writ of habeas corpus rendered in Case No. 2022-CA-559, in the Circuit Court in and for Sumter County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

EDWARDS, C.J., and HARRIS and SOUD, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————